AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>DAVID ROBERT KABLE JR. | )<br>)<br>)<br>)<br>)<br>) |

Case No.  1:25-MJ-509

**UNDER SEAL**

_Defendant_

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   DAVID ROBERT KABLE JR.                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

O Indictment          O Superseding Indictment      O Information      O Superseding Information      ☑ Complaint
O Probation Violation Petition      O Supervised Release Violation Petition      O Violation Notice      O Order of the Court

This offense is briefly described as follows:

Conspire with others, known and unknown, to distribute 500 grams or more of a mixture and substance containing a
detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code,
Sections 841(a)(1), 841(b)(1)(A), and 846

Date:      08/22/2025

Digitally signed by Ivan Davis
Date: 2025.08.22 09:53:17 -04'00'

_Issuing officer's signature_

City and state:    Alexandria, Virginia

The Hon. Ivan D. Davis, U.S. Magistrate judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____ . |
| Date: _____ |

_Arresting officer's signature_

COPY

INFORMATION ONLY

_Printed name and title_